United States Court Of Appeals

# For the Seventh Circuit
# Chicago, Illinois 60604

## APPEARANCE

| | | |
|---|---|---|
| Appellate Court No.: | 23-33371 | Docketed on: 12/15/2023 |
| Short Caption: | Monroe, et al. v. Bowman, et al. | |
| District Court Judge: | Nancy J. Rosenstengel | |
| District Court No.: | 3:18-cv-00156-NJR | |

**************************************************************************

You must either enter your appearance within 10 days of docketing this appeal pursuant to Circuit Rule 12(c) or indicate your non - involvement by filing a motion with this court. A "Certificate of Interest" pursuant to Circuit Rule 26.1 must also accompany this form if you intend to participate in this case.

**************************************************************************

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:
<u>Steven Bowman, Melvin Hinton, and Latoya Hughes</u> as the

(Party Name)

[ X ]  appellant(s)            [ ] appellee(s)            [ ] amicus curiae
[ ] petitioner(s)             [ ] respondent(s)          [ ] intervenor(s)

Verify that the address and firm (if any) information is accurate. If incorrect, strike through the incorrect information and record it correctly.

      Firm, Office or Facility:     OFFICE OF THE ATTORNEY GENERAL
      Unit, Division or Section:    CIVIL APPEALS DIVISION
      Address:                      115 South LaSalle Street, 23rd Floor
      City/State/Zip:               Chicago, Illinois 60603
      Firm Telephone Number:        (312) 814-3312

Name:      Frank H. Bieszczat
Signature: <u>/s/ Frank H. Bieszczat</u>
Direct Phone No. (312) 814-2090
Admitted to Appellate Court? No

Add other counsel from your firm who will be participating in this case and did not receive an appearance form.

1. Print Name: _____    2. Print Name: _____
   Signature: _____        Signature:_____
   Direct Phone No. ( )                        Direct Phone No. ( )
   Admitted to Appellate Court? Y___ N ___    Admitted to Appellate Court? Y___ N

Lead counsel must be admitted to this court within 30 days of docketing and any attorney who orally argues must be admitted to this court, pursuant to Circuit Rule 46(a).
(1076-122194)

## CERTIFICATE OF FILING AND SERVICE

I certify that on December 20, 2023, I electronically filed the foregoing Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that one of the other participants in this case, named below, is a registered CM/ECF user and will be served via the CM/ECF system.

 Amelia Bailey
 amelia.bailey@kirkland.com

I further certify that the other participants in this case, named below, are not registered CM/ECF users and were served by attaching a copy to an email that was sent to the email addresses indicated below on December 20, 2023.

| | |
|---|---|
| Cameille E. Bennett<br>cbennett@aclu-il.org | Michelle T. Garcia<br>mgarcia@aclu-il.org |
| Abby L. Parsons<br>aparsons@kslaw.com | Mason Strand<br>mstrand@aclu-il.org |

 /s/ Frank H. Bieszczat
 FRANK H. BIESZCZAT
 Assistant Attorney General
 115 South LaSalle Street
 23rd Floor
 Chicago, Illinois 60603
 (312) 814-2090 (office)
 (773) 590-7075 (cell)
 Frank.Bieszczat@ilag.gov