**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 23-3371

Short Caption: Monroe v. Hughes

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Janiah Monroe, Marilyn Melendez, Lydia Helena Vision, Sora Kuykendall, and Sasha Reed, individually and on behalf of a class of similarly situated individuals

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
Roger Baldwin Foundation of ACLU, Inc., American Civil Liberties Union Foundation, Kirkland & Ellis LLP, King and Spalding LLP, Kennedy Hunt P.C.

(3) If the party, amicus or intervenor is a corporation:

    i) Identify all its parent corporations, if any; and
    N/A

    ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:
    N/A

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:
N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:
N/A

Attorney's Signature: /s/ Camille E. Bennett    Date: 1/5/24

Attorney's Printed Name: Camille E. Bennett

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes ✔   No ☐

Address: 150 N. Michigan Ave., Ste. 600
Chicago, IL 60601

Phone Number: 312-201-9740 x336    Fax Number: 312-535-6571

E-Mail Address: cbennett@aclu-il.org

rev. 12/19 AK

## **CERTIFICATE OF SERVICE**

      I certify that on January 5, 2024, I electronically filed the foregoing Appearance & Circuit Rule 26.1 Disclosure Statement with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system, which will effectuate service on registered CM/ECF users. I further certify that other participants in this case, named below, were served a by attaching a copy to an email that was sent to the email addresses indicated below on January 5, 2024.

    Lisa A. Cook
    Lisa.cook@ilag.gov

    Kyrstin Beasley
    Kyrstin.beasley@ilag.gov

    Robert Shultz
    Robert.shultz@ilag.gov

                             /s/ Camille E. Bennett
                             Roger Baldwin Foundation of ACLU, Inc.
                             150 N. Michigan Ave., Ste. 600
                             Chicago, IL 60601
                             312-201-9740
                             cbennett@aclu-il.org