No. 23-3371

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, | ) Appeal from the United States ) District Court for the Southern ) District of Illinois ) ) ) ) |
| Plaintiffs-Appellees, | ) No. 3:18-cv-00156-NJR ) |
| v. | ) ) |
| STEVEN BOWMAN, MELVIN HINTON, and LATOYA HUGHES, | ) The Honorable ) NANCY J. ROSENSTENGEL, ) Chief Judge Presiding. |
| Defendants-Appellants. | |

## SUBSTITUTE APPEARANCE

Kwame Raoul, Attorney General of the State of Illinois, enters the substitute appearance of Assistant Attorney General Christina T. Hansen as counsel for Defendants-Appellants Steven Bowman, Melvin Hinton, and Latoya Hughes, in place of Assistant Attorneys General Nadine J. Wichern and Frank H. Bieszczat.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By: /s/ Christina T. Hansen
CHRISTINA T. HANSEN
Assistant Attorney General
115 South LaSalle Street
23rd Floor
Chicago, Illinois 60603
(312) 814-5659 (office)
(872) 272-0819 (cell)
Christina.Hansen@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I certify that on January 11, 2024, I electronically filed the foregoing Substitute Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this case, named below, are registered CM/ECF users and will be served via the CM/ECF system.

| | |
|---|---|
| Amelia Bailey<br>amelia.bailey@kirkland.com | Camille E. Bennett<br>cbennett@aclu-il.org |
| Michelle T. Garcia<br>mgarcia@aclu-il.org | Abby L. Parsons<br>aparsons@kslaw.com |
| Alexis A. Picard<br>apicard@aclu-il.org | Mason Strand<br>mstrand@aclu-il.org |

/s/ Christina T. Hansen
CHRISTINA T. HANSEN
Assistant Attorney General
115 South LaSalle Street
23rd Floor
Chicago, Illinois 60603
(312) 814-5659 (office)
(872) 272-0819 (cell)
Christina.Hansen@ilag.gov