# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 19, 2024

*By the Court:*

| No. 23-3371 | JANIAH MONROE, et al., individually and on behalf of a class of similarly situated individuals,<br>   Plaintiffs - Appellees<br>v.<br><br>STEVEN BOWMAN, et al.,<br>   Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:18-cv-00156-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel ||

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**, filed on January 17, 2024, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief and required short appendix of the appellants are due by February 23, 2024.

2. The brief of the appellees is due by March 25, 2024.

3. The reply brief of the appellants, if any, is due by April 15, 2024.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)